**Dennis SOBIN, Petitioner–Appellant,**

v.

**Joseph BROOKS, Warden,
Respondent–Appellee,**

and

**Curtis Hise; Robert Alexander; Prison
Staff Members, Known and
Unknown, Respondents.**

No. 02–7656.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Dennis Sobin, Appellant Pro Se. Rachel Celia Ballow, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dennis Sobin appeals the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sobin v. Brooks*, No. CA–01–54–AM (E.D. Va. filed Sept. 4, 2002, entered Sept. 5, 2002; filed Oct. 15, 2002, entered Oct. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*